IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ERIC BRIDGES, | : | |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-3972 |
| | : | |
| MONTGOMERY COUNTY | : | |
| SHERIFF'S OFFICE, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 5th day of October, 2018, upon consideration of *pro se* Plaintiff Eric Bridges' Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), Amended Complaint (ECF No. 4), and Motion for Appointment of Counsel (ECF No. 5), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint and Amended Complaint are **DEEMED** filed.

3. The Complaint and Amended Complaint are **DISMISSED with prejudice** for the reasons set forth in the Court's Memorandum. Mr. Bridges may not file a second amended complaint in this matter.

4. Mr. Bridges' Motion for Appointment of Counsel (ECF No. 5) is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER, J.

FILED
OCT 05 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk